441 A.2d 454

Commonwealth v. Persa, Appellant.

Submitted September 16, 1981. Stanley M. Vasiliadis, for appellant; Donald B. Corriere, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and WATKINS, JJ.

Judgment of sentence affirmed.